UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSHUA TRAVIS DAMERON,<br><br>            Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security,<br><br>            Defendant. | No.  CV-12-355-JPH<br><br>ORDER GRANTING STIPULATED<br>MOTION FOR REMAND |

    BEFORE THE COURT is the parties' stipulated motion to remand this case to the Commissioner for further administrative proceedings, **ECF No. 10,** pursuant to sentence six of 42 U.S.C. § 405 (g) because significant portions of the May 19, 2011 hearing are inaudible. The parties consented to the magistrate judge's jurisdiction, ECF No. 7.

    Maureen J. Rosette represents plaintiff. Special Assistant United States Attorney Thomas M. Elsberry represents defendant. The parties have consented to proceed before a magistrate judge (ECF No. 4).

    After considering the stipulated motion, ECF No. 10, **IT IS ORDERED** that the **motion is GRANTED. The case is REMANDED** pursuant to sentence **six** of 42 U.S.C. § 405(g) for further administrative proceedings. Upon receipt of this Order, the Appeals Council will remand the case to an ALJ for a de novo

ORDER GRANTING STIPULATED MOTION
FOR ORDER OF REMAND - 1

```
 1 | hearing.
 2 |      IT IS FURTHER ORDERED:
 3 |      1. The parties' stipulated motion for an order of remand
 4 | pursuant to sentence six (ECF No. 10) is **GRANTED.**
 5 |      2. A de novo hearing will be held.
 6 |      3. The District Court Executive is directed to enter this
 7 | Order and forward copies to the parties.
 8 |      **IT IS SO ORDERED.**
 9 |      **DATED** this 30th day of July, 2012.
10 |
11 |                                    *s/James P. Hutton*
                                         JAMES P. HUTTON
12 |                             UNITED STATES MAGISTRATE JUDGE
```

ORDER GRANTING STIPULATED MOTION
FOR ORDER OF REMAND - 2