1

2                    **UNITED STATES DISTRICT COURT**

3                    **EASTERN DISTRICT OF WASHINGTON**

4

5    JOSHUA TRAVIS DAMERON,              )
                                          )
6                    Plaintiff,           )
                                          )        NO.  CV-12-355-JPH
7         vs.                             )
                                          )        **JUDGMENT IN A**
8    MICHAEL J. ASTRUE,                   )        **CIVIL CASE**
     Commissioner of Social Security,     )
9                                         )
                     Defendant.           )
10                                        )
                                          )
11   _____     )

12        **STIPULATION BY THE PARTIES:**

13        The parties have stipulated to the remand of the captioned matter pursuant

14   to sentence six of 42 U.S.C. § 405(g).

15        **IT IS ORDERED AND ADJUDGED** that:

16        The matter is **REMANDED** for additional proceedings pursuant to sentence

17   six of 42 U.S.C. § 405(g).  Judgment is entered for Plaintiff and the file shall be

18   **CLOSED.**

19        DATED this 30th day of July, 2012.

20                                        JAMES R. LARSEN
                                          District Court Executive/Clerk
21

22                                        By:   s/Renea Ferrante
                                               Deputy Clerk
23

24

25   cc: all counsel

26