UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSHUA TRAVIS DAMERON, <br><br> Plaintiff, <br><br> v. <br><br> CAROLYN W. COLVIN, <br> Commissioner of Social Security, <br><br> Defendant. | No.   CV-12-0355-JPH <br><br> JUDGMENT IN A <br> CIVIL CASE |

**DECISION BY THE COURT:**

This action came to hearing before the court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Judgment is **GRANTED** in favor of Plaintiff and file is closed.

DATED:  September 27, 2013

           SEAN F. McAVOY
           Clerk of Court

           By: *s/Pam Howard*
            Deputy Clerk

1 | JUDGMENT IN A CIVIL CASE